1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   JAMES QUINCY HILL,                        1:14-cv-02066-LJO-MJS (PC)

12              Plaintiff,

13      v.                                     ORDER TO SUBMIT A
                                               **NON-PRISONER** APPLICATION
14   CLIFF ALLENBY, et al.,                    TO PROCEED IN FORMA PAUPERIS
                                               **OR** PAY THE $400.00 FILING FEE
15              Defendant.                     WITHIN THIRTY DAYS

16
17

18        Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42

19   U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code

20   § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison

21   Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

22        Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed

23   in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT

24   IS HEREBY ORDERED that:

25        1.      The Clerk's Office shall send to plaintiff the attached form for application to

26   proceed in forma pauperis **for a non-prisoner**;

27        2.      Within thirty days of the date of service of this order, plaintiff shall submit

28   the completed and signed application to proceed in forma pauperis **for a non-prisoner**,

1

1   or in the alternative, pay the $400.00 filing fee for this action.  **Failure to comply with**

2   **this order will result in dismissal of this action.**

3   IT IS SO ORDERED.

4

5   Dated:   January 21, 2015                    /s/ *Michael J. Seng*

6                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28